**In the Interest of J.M.C., J.S.C., J.D.C. and J.M.C.**

No. 66094.

Missouri Court of Appeals,
Eastern District,
Division One.

April 18, 1995.

Robert L. Brown, Arnold, for appellant.

Theodore R. Allen, Jr., Hillsboro, for Juvenile Div.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

Mother appeals the circuit court's termination of her parental rights in four minor children. We affirm. The judgment of the juvenile court is supported by substantial evidence and is not against the weight of the evidence. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

**Fred NEISTAT, et al.,
Defendants/Appellants,**

v.

**R. JACOBS, Plaintiff/Respondent.**

No. 65785.

Missouri Court of Appeals,
Eastern District,
Division One.

April 18, 1995.

Alan Scott Mandel, St. Louis, for appellant.

Richard Jacobs, St. Louis, pro se.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

Defendants, Fred and Carol Neistat, appeal from a jury verdict in favor of Plaintiff, Richard Jacobs, on his petition for negligence and breach of contract. We affirm.

We have reviewed the briefs of the parties and the legal file and find no error of law. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).